IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1350-09




 

MARTIN ALLYN DERUSHA, JR., Appellant
 

v.


 

THE STATE OF TEXAS


 


 

ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SECOND COURT OF APPEALS

PARKER COUNTY




Per curiam. KEASLER and HERVEY, JJ., dissent.


ORDER

 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i)
because the original petition does not contain a complete copy of the opinion of the court of
appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed
in the Court of Criminal Appeals within thirty days after the date of this order.

En banc

Delivered: February 10, 2010.

Do Not Publish